should not be made and, pending final determination of the petition, respondent is suspended from practice as an attorney and counselor at law in the State of New York; and referee appointed to hear and report in regard to the charges contained in the petition. Concur — Murphy, P. J., Kupferman, Birns, Sandler and Sullivan, JJ.

■ In the Matter of MARY T. CODD, Appellant, v FRANK J. BARBARO, Respondent, and JUDITH WESSLER et al., and BOARD OF ELECTIONS OF THE CITY OF NEW YORK et al., Respondents. — Judgment, Supreme Court, New York County (Lehner, J.), entered on October 29, 1981, unanimously affirmed, without costs and without disbursements, and leave to appeal to the Court of Appeals denied. No opinion. Concur — Birns, J. P., Sullivan, Ross, Carro and Silverman, JJ.

■ In the Matter of MARY T. CODD, Appellant, v BOARD OF ELECTIONS OF THE CITY OF NEW YORK et al., Respondents, and FRANK J. BARBARO, Intervenor-Respondent, and JUDITH WESSLER et al., Respondents. — Judgment, Supreme Court, New York County (Lehner, J.), entered on October 29, 1981, unanimously affirmed, without costs and without disbursements, and leave to appeal to the Court of Appeals denied. No opinion. Concur — Birns, J. P., Sullivan, Ross, Carro and Silverman, JJ.

## SECOND DEPARTMENT, OCTOBER, 1981

### (October 1, 1981)

■ SHELDON FARBER, Respondent-Appellant, v JAMES F. BASS et al., Constituting the Board of Elections of the City of New York, Appellants-Respondents, and JACK R. MURATORI, Respondent. SHELDON FARBER, Petitioner, v JOSEPH F. BASS et al., Respondents. — (1) Cross appeals, in a proceeding to compel the New York Board of Elections to hold "a new Republican Party Primary Election for the public office of City Council Member at Large, County of Queens", from a judgment of the Supreme Court, Queens County (Kassoff, J.), dated September 21, 1981, which, *inter alia,* directed the Board of Elections to hold the primary election in question on September 22, 1981, and (2) original proceeding by Sheldon Farber for an order directing the city Board of Elections "to hold a new Primary Election for the Public Office of City Council Member at Large * * * on the 27th day of October, 1981". Judgment affirmed, without costs or disbursements (see *Matter of Vitaliano v Koch,* 83 AD2d 951). Proceeding dismissed without costs or disbursements. The original proceeding was improperly brought in this court (see CPLR 506, subd [b]). Titone, J. P., Mangano, Gibbons and Thompson, JJ., concur.

### (October 5, 1981)

■ BANK OF NEW YORK, Respondent, v JOAN A. STAUBLE, Appellant. — In an action for partition of real property, defendant appeals from an order of the Supreme Court, Rockland County (Stolarik, J.), entered March 20, 1981, which denied defendant's motion for summary judgment. Order reversed, on the law, with $50 costs and disbursements, motion granted and complaint dismissed,